**Dismiss and Opinion Filed December 16, 2022**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00551-CV**

**KENYA BAGLEY, Appellant**

**V.**

**PA MANUFACTURERS INS. CO., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-09785**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Carlyle, and Justice Garcia
Opinion by Justice Carlyle

Appellant's brief in this case is overdue. After appellant failed to timely file a brief, we directed appellant by postcard dated November 8, 2022 to file the brief within ten days and cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See id.*; 42.3(b), (c).

/Cory L. Carlyle/

220551f.p05                    CORY L. CARLYLE
                              JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

KENYA BAGLEY, Appellant

No. 05-22-00551-CV     V.

PA MANUFACTURERS INS. CO.,
Appellee

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-09785.
Opinion delivered by Justice Carlyle.
Chief Justice Burns and Justice
Garcia participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 16th day of December, 2022.